An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CLARK COUNTY, NEVADA; BOARD OF
COMMISSIONERS OF CLARK COUNTY,
NEVADA; SUSAN BRAGER, CLARK
COUNTY, NEVADA, COMMISSIONER;
STEVE SISOLAK, CLARK COUNTY,
NEVADA, COMMISSIONER; TOM
COLLINS, CLARK COUNTY, NEVADA,
COMMISSIONER; LARRY BROWN,
CLARK COUNTY, NEVADA,
COMMISSIONER; LAWRENCE
WEEKLY, CLARK COUNTY, NEVADA,
COMMISSIONER; CHRIS
GIUNCHIGLIANI, CLARK COUNTY,
NEVADA, COMMISSIONER; MARY
BETH SCOW, CLARK COUNTY,
NEVADA, COMMISSIONER; AND DON
BURNETTE, CLARK COUNTY,
NEVADA, COMMISSIONER,
Appellants,
vs.
SOUTHERN NEVADA HEALTH
DISTRICT,
Respondent.

No. 63281

**FILED**

APR 1 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On April 4, 2014, the parties filed in this court a stipulation agreeing to dismiss this appeal with the parties to bear their own costs and attorney fees. We approve the stipulation and dismiss this appeal. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(0)-1947

14-11486

cc: Hon. Elissa F. Cadish, District Judge
Kolesar & Leatham, Chtd.
Alan J. Lefebvre
Marquis Aurbach Coffing
Eighth District Court Clerk